1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

DASHOD REED,

Case No. 2:22-cv-01248-ART-EJY

11

Plaintiff,

12

v.

**ORDER GRANTING**

13

ZOBIE,

**STIPULATION FOR
DISMISSAL WITH PREJUDICE**

14

Defendant.

15

16

Plaintiff Dashod Reed, in *pro se* and Defendant Zacariah Zobie, Nevada by and

17

through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

Andrew C. Nelson, Deputy Attorney General, hereby stipulate that the above-captioned

actions should be dismissed with prejudice by order of this Court, with each party to bear

their own costs.

DATED this 16th day of June, 2023

DASHOD REED #1106921
*Plaintiff Pro Se*

DATED this 16th day of June, 2023

AARON D. FORD
Attorney General

By: /s/ Andrew C. Nelson
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
*Attorneys for Defendant*
*Zacariah Zobie*

IT IS SO ORDERED.

Anne R. Traum
United States District Court Judge

DATED: July 24, 2023.